## Exhibit A
## Statement of Claim
## Plaintiff Jalecia Simone Johnson

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | FLSA Equivalent Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 3/18/13 - 4/17/13 | 4.43 | 43 | $ 9.30 | $ 13.95 | $ 61.79 | $ 61.79 |
| 4/18/13 - 10/17/13 | 26.14 | 43 | $ 10.12 | $ 15.17 | $ 396.70 | $ 396.70 |
| 10/18/13 - 2/19/14 | 17.86 | 46.5 | $ 11.88 | $ 17.82 | $ 689.46 | $ 689.46 |
| 2/20/14 - 2/26/14 | 1.00 | 44.07 | $ 11.88 | $ 17.82 | $ 24.18 | $ 24.18 |
| 2/27/14 - 3/5/14 | 1.00 | 43.01 | $ 11.88 | $ 17.82 | $ 17.88 | $ 17.88 |
| 3/6/14 - 3/12/14 | 1.00 | 40.86 | $ 11.88 | $ 17.82 | $ 5.11 | $ 5.11 |
| 3/13/14 - 3/19/14 | 1.00 | 40.86 | $ 11.88 | $ 17.82 | $ 5.11 | $ 5.11 |
| 3/20/14 - 3/26/14 | 1.00 | 42.1 | $ 11.88 | $ 17.82 | $ 12.47 | $ 12.47 |
| 3/27/14 - 4/2/14 | 1.00 | 34.82 | $ 11.88 | $ 17.82 | $ - | $ - |
| 4/3/14 - 4/9/14 | 1.00 | 40.56 | $ 11.88 | $ 17.82 | $ 3.33 | $ 3.33 |
| 4/10/14 - 4/16/14 | 1.00 | 40.5 | $ 11.88 | $ 17.82 | $ 2.97 | $ 2.97 |
| 4/17/14 - 4/23/14 | 1.00 | 40.29 | $ 11.88 | $ 17.82 | $ 1.72 | $ 1.72 |
| 4/24/14 - 4/30/14 | 1.00 | 40.22 | $ 11.88 | $ 17.82 | $ 1.31 | $ 1.31 |
| 5/1/14 - 5/7/14 | 1.00 | 39.73 | $ 11.88 | $ 17.82 | $ - | $ - |
| 5/8/14 - 5/14/14 | 1.00 | 40.4 | $ 11.88 | $ 17.82 | $ 2.38 | $ 2.38 |
| 5/15/14 - 5/21/14 | 1.00 | 44.33 | $ 11.88 | $ 17.82 | $ 25.72 | $ 25.72 |
| 5/22/14 - 5/28/14 | 1.00 | 35.64 | $ 11.88 | $ 17.82 | $ - | $ - |
| 5/29/14 - 6/4/14 | 1.00 | 44.81 | $ 11.88 | $ 17.82 | $ 28.57 | $ 28.57 |
| 6/5/14 - 6/11/14 | 1.00 | 41.65 | $ 11.88 | $ 17.82 | $ 9.80 | $ 9.80 |
| 6/12/14 - 6/18/14 | 1.00 | 43.04 | $ 11.88 | $ 17.82 | $ 18.05 | $ 18.05 |
| 6/19/14 - 6/25/14 | 1.00 | 40.88 | $ 11.88 | $ 17.82 | $ 5.23 | $ 5.23 |
| 6/26/14 - 7/2/14 | 1.00 | 40.09 | $ 11.88 | $ 17.82 | $ 0.53 | $ 0.53 |
| 7/3/14 - 7/9/14 | 1.00 | 40.46 | $ 11.88 | $ 17.82 | $ 2.73 | $ 2.73 |
| 7/10/14 - 7/16/14 | 1.00 | 41.65 | $ 11.88 | $ 17.82 | $ 9.80 | $ 9.80 |
| 7/17/14 - 7/23/14 | 1.00 | 43.14 | $ 11.88 | $ 17.82 | $ 18.65 | $ 18.65 |
| 7/24/14 - 7/30/14 | 1.00 | 43.63 | $ 11.88 | $ 17.82 | $ 21.56 | $ 21.56 |
| 7/31/14 - 8/6/14 | 1.00 | 44.32 | $ 11.88 | $ 17.82 | $ 25.66 | $ 25.66 |
| 8/7/14 - 8/13/14 | 1.00 | 44.34 | $ 11.88 | $ 17.82 | $ 25.78 | $ 25.78 |
| 8/14/14 - 8/20/14 | 1.00 | 44.28 | $ 11.88 | $ 17.82 | $ 25.42 | $ 25.42 |
| 8/21/14 - 8/27/14 | 1.00 | 45.25 | $ 11.88 | $ 17.82 | $ 31.19 | $ 31.19 |
| 8/28/14 - 9/3/14 | 1.00 | 43.39 | $ 11.88 | $ 17.82 | $ 20.14 | $ 20.14 |
| 9/4/14 - 9/10/14 | 1.00 | 49.36 | $ 11.88 | $ 17.82 | $ 55.60 | $ 55.60 |
| 9/11/14 - 9/17/14 | 1.00 | 43.04 | $ 11.88 | $ 17.82 | $ 18.05 | $ 18.05 |
| 9/18/14 - 9/24/14 | 1.00 | 43.27 | $ 11.88 | $ 17.82 | $ 19.42 | $ 19.42 |
| 9/25/14 - 10/1/14 | 1.00 | 43.75 | $ 11.88 | $ 17.82 | $ 22.28 | $ 22.28 |
| 10/2/14 - 10/8/14 | 1.00 | 43.93 | $ 11.88 | $ 17.82 | $ 23.34 | $ 23.34 |
| 10/9/14 - 10/15/14 | 1.00 | 44.15 | $ 11.88 | $ 17.82 | $ 24.65 | $ 24.65 |
| 10/16/14 - 10/22/14 | 1.00 | 43.33 | $ 12.38 | $ 18.57 | $ 20.61 | $ 20.61 |
| 10/23/14 - 10/29/14 | 1.00 | 42.53 | $ 12.38 | $ 18.57 | $ 15.66 | $ 15.66 |
| 10/30/14 - 11/5/14 | 1.00 | 43.84 | $ 12.38 | $ 18.57 | $ 23.77 | $ 23.77 |
| 11/6/14 - 11/12/14 | 1.00 | 41.93 | $ 12.38 | $ 18.57 | $ 11.95 | $ 11.95 |
| 11/13/14 - 11/19/14 | 1.00 | 43.07 | $ 12.38 | $ 18.57 | $ 19.00 | $ 19.00 |
| 11/20/14 - 11/26/14 | 1.00 | 41.73 | $ 12.38 | $ 18.57 | $ 10.71 | $ 10.71 |
| 11/27/14 - 12/3/14 | 1.00 | 41.55 | $ 12.38 | $ 18.57 | $ 9.59 | $ 9.59 |
| 12/4/14 - 12/10/14 | 1.00 | 41.77 | $ 12.38 | $ 18.57 | $ 10.96 | $ 10.96 |
| 12/11/14 - 12/17/14 | 1.00 | 46.48 | $ 12.38 | $ 18.57 | $ 40.11 | $ 40.11 |
| 12/18/14 - 12/24/14 | 1.00 | 43.04 | $ 12.38 | $ 18.57 | $ 18.81 | $ 18.81 |

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this statement of claim, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.

**Exhibit A**
**Statement of Claim**
**Plaintiff Jalecia Simone Johnson**

## Unpaid Overtime Wages Continued

| Period[1] | | Weeks[1] | Average Weekly Hours Worked[1] | FLSA Equivalent Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 12/25/14 | 12/31/14 | 1.00 | 43.04 | $ 12.38 | $ 18.57 | $ 18.81 | $ 18.81 |
| 1/1/15 | 1/7/15 | 1.00 | 43.46 | $ 12.38 | $ 18.57 | $ 21.42 | $ 21.42 |
| 1/8/15 | 1/14/15 | 1.00 | 41.36 | $ 12.38 | $ 18.57 | $ 8.42 | $ 8.42 |
| 1/15/15 | 1/21/15 | 1.00 | 44.44 | $ 12.38 | $ 18.57 | $ 27.48 | $ 27.48 |
| 1/22/15 | 1/28/15 | 1.00 | 44.05 | $ 12.38 | $ 18.57 | $ 25.07 | $ 25.07 |
| 1/29/15 | 2/4/15 | 1.00 | 44.16 | $ 12.38 | $ 18.57 | $ 25.75 | $ 25.75 |
| 2/5/15 | 2/11/15 | 1.00 | 45.19 | $ 12.38 | $ 18.57 | $ 32.13 | $ 32.13 |
| 2/12/15 | 2/18/15 | 1.00 | 46.71 | $ 12.38 | $ 18.57 | $ 41.53 | $ 41.53 |
| 2/19/15 | 2/25/15 | 1.00 | 45.94 | $ 12.38 | $ 18.57 | $ 36.77 | $ 36.77 |
| 2/26/15 | 3/4/15 | 1.00 | 43.97 | $ 12.38 | $ 18.57 | $ 24.57 | $ 24.57 |
| 3/5/15 | 3/11/15 | 1.00 | 41.08 | $ 12.38 | $ 18.57 | $ 6.69 | $ 6.69 |
| 3/12/15 | 3/18/15 | 1.00 | 43.04 | $ 12.38 | $ 18.57 | $ 18.81 | $ 18.81 |
| 3/19/15 | 3/25/15 | 1.00 | 42.64 | $ 12.38 | $ 18.57 | $ 16.34 | $ 16.34 |
| 3/26/15 | 4/1/15 | 1.00 | 43.16 | $ 12.38 | $ 18.57 | $ 19.56 | $ 19.56 |
| 4/2/15 | 4/8/15 | 1.00 | 47.23 | $ 12.38 | $ 18.57 | $ 44.75 | $ 44.75 |
| 4/9/15 | 4/15/15 | 1.00 | 46.68 | $ 12.38 | $ 18.57 | $ 41.35 | $ 41.35 |
| 4/16/15 | 4/22/15 | 1.00 | 45.72 | $ 12.38 | $ 18.57 | $ 35.41 | $ 35.41 |
| 4/23/15 | 4/29/15 | 1.00 | 42.72 | $ 12.38 | $ 18.57 | $ 16.84 | $ 16.84 |
| 4/30/15 | 5/6/15 | 1.00 | 43.76 | $ 12.38 | $ 18.57 | $ 23.27 | $ 23.27 |
| 5/7/15 | 5/13/15 | 1.00 | 42.69 | $ 12.38 | $ 18.57 | $ 16.65 | $ 16.65 |
| 5/14/15 | 5/20/15 | 1.00 | 44.41 | $ 12.38 | $ 18.57 | $ 27.30 | $ 27.30 |
| 5/21/15 | 5/27/15 | 1.00 | 43.95 | $ 12.38 | $ 18.57 | $ 24.45 | $ 24.45 |
| 5/28/15 | 6/3/15 | 1.00 | 45.38 | $ 12.38 | $ 18.57 | $ 33.30 | $ 33.30 |
| 6/4/15 | 6/10/15 | 1.00 | 45.46 | $ 12.38 | $ 18.57 | $ 33.80 | $ 33.80 |
| 6/11/15 | 6/17/15 | 1.00 | 44.46 | $ 12.38 | $ 18.57 | $ 27.61 | $ 27.61 |
| 6/18/15 | 6/24/15 | 1.00 | 44.77 | $ 12.38 | $ 18.57 | $ 29.53 | $ 29.53 |
| 6/25/15 | 7/1/15 | 1.00 | 42.25 | $ 12.38 | $ 18.57 | $ 13.93 | $ 13.93 |
| 7/2/15 | 7/8/15 | 1.00 | 41.94 | $ 12.38 | $ 18.57 | $ 12.01 | $ 12.01 |
| 7/9/15 | 7/15/15 | 1.00 | 41.15 | $ 12.38 | $ 18.57 | $ 7.12 | $ 7.12 |
| 7/16/15 | 7/22/15 | 1.00 | 42.59 | $ 12.38 | $ 18.57 | $ 16.03 | $ 16.03 |
| 7/23/15 | 7/29/15 | 1.00 | 42.39 | $ 12.38 | $ 18.57 | $ 14.79 | $ 14.79 |
| 7/30/15 | 8/5/15 | 1.00 | 46.13 | $ 12.38 | $ 18.57 | $ 37.94 | $ 37.94 |
| 8/6/15 | 8/12/15 | 1.00 | 41.91 | $ 12.38 | $ 18.57 | $ 11.82 | $ 11.82 |
| 8/13/15 | 8/19/15 | 1.00 | 44.44 | $ 12.38 | $ 18.57 | $ 27.48 | $ 27.48 |
| 8/20/15 | 8/26/15 | 1.00 | 44.84 | $ 12.38 | $ 18.57 | $ 29.96 | $ 29.96 |
| 8/27/15 | 9/2/15 | 1.00 | 43.82 | $ 12.38 | $ 18.57 | $ 23.65 | $ 23.65 |
| 9/3/15 | 9/9/15 | 1.00 | 40.76 | $ 12.38 | $ 18.57 | $ 4.70 | $ 4.70 |
| 9/10/15 | 9/16/15 | 1.00 | 43.53 | $ 12.38 | $ 18.57 | $ 21.85 | $ 21.85 |
| 9/17/15 | 9/23/15 | 1.00 | 43.53 | $ 12.38 | $ 18.57 | $ 21.85 | $ 21.85 |
| 9/24/15 | 9/30/15 | 1.00 | 43.03 | $ 12.38 | $ 18.57 | $ 18.76 | $ 18.76 |
| 10/1/15 | 10/7/15 | 1.00 | 43.02 | $ 12.38 | $ 18.57 | $ 18.69 | $ 18.69 |
| 10/8/15 | 10/14/15 | 1.00 | 41.5 | $ 12.38 | $ 18.57 | $ 9.29 | $ 9.29 |
| 10/15/15 | 10/21/15 | 1.00 | 43.04 | $ 12.38 | $ 18.57 | $ 18.81 | $ 18.81 |
| | | | | | Total[1] = | $ 2,824.08 | $ 2,824.08 |

**Total Unpaid Overtime and Liquidated Damages[1] = $ 5,648.15**

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this statement of claim, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.