**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 15-cv-62217-Cohn/Seltzer

JALECIA SIMONE JOHNSON,

       Plaintiff,

v.

NEGOTIATION CREDIT SERVICES LLC,
SCOTT HAICK, DAVID SMITH,
RUBEN MCEACHRON,

       Defendants.

_____/

**ORDER GRANTING MOTION FOR APPROVAL OF PARTIES' SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE**

     Before the Court is Plaintiff's Motion for Approval of Parties' Settlement Agreement, and Dismissal with Prejudice. Having reviewed the Plaintiff's motion, and reviewed the Parties' settlement agreement, it appears to the Court that due cause exists to grant this motion, approve the settlement agreement and dismiss the case with prejudice with the Court to retain jurisdiction to enforce the terms of the Agreement. Therefore, it is hereby

     **ORDERED AND ADJUDGED** that the settlement agreement is hereby **APPROVED** by the court and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the agreement and each party to bear its own costs and attorney's fees except as otherwise agreed. All pending motions are denied as moot. This case is closed.

     **DONE AND ORDERED** in Chambers, at _____, Florida, this _____ day of _____ 2015.

                                       _____
                                       JAMES I. COHN
                                       United States District Judge

cc:

*Via E-Mail*:
Negotiation Credit Services LLC
Ruben Mceachron
2964 NW 33 Ln
Lauderdale Lakes, FL 33311
Ruben@negotiationcreditservices.com

*Via E- Mail*:
Scott Haick
313 NE 2nd Street #203
Fort Lauderdale, FL 33301
scotthaick@gmail.com

*Via E-Mail*:
David Smith
11277 W Atlantic Blvd # 306
Coral Springs, FL 33071
c.mella@negotiationcreditservices.com

*Via E- Mail*:
Ruben Mceachron
2964 NW 33 Ln
Lauderdale Lakes, FL 33311
Ruben@negotiationcreditservices.com