UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62217-CIV-COHN/SELTZER

JALECIA SIMONE JOHNSON,

    Plaintiff,

vs.

NEGOTIATION CREDIT SERVICES LLC, et al.,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Parties' Motion for Approval of Parties' Settlement Agreement and Dismissal With Prejudice [DE 9] ("Motion"). The Court has reviewed the Motion, the record in the case, and is otherwise advised in the premises.

The Parties have filed a copy the Settlement Agreement [DE 9-1] and ask the Court to approve it. The Court finds that the terms of the Settlement are fair and reasonable and meet the standard set forth in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Parties' Settlement Agreement [DE 9-1] is hereby **APPROVED**.

2.     The Motion for Approval of Parties' Settlement Agreement [DE 9] is **GRANTED**.

3.     The above-styled case is hereby **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the Parties' Settlement Agreement.

5. The Clerk of the Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 1st day of February, 2016

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.